# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PATRICK T. SULLIVAN | CIVIL ACTION |
|---|---|
| v. | NO. 20-5614 |
| WIDENER UNIVERSITY | |

## ORDER RE. DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 1st day of August, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF 12), Plaintiff's Response (ECF 17), and Defendant's Reply (ECF 18), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-5614 Sullivan v Widener Univ\20cv5614 SJ order.doc